IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LABRANDE MARQUESE HUGHLEY, # 262092, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 3:18-CV-1041-WKW ) [WO] |
| WARDEN CHRISTOPHER and STEVEN T. MARSHALL, | ) ) ) |
| Respondents. | ) |

## ORDER

On December 2, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 14.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 14) is ADOPTED;

(2) Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED; and

(3) Petitioner's action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 29th day of December, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE